UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**GRANT VAN ORDEN,** *Individually
and on behalf of all others similarly situated*,
        **Plaintiff,**

vs.                                                1:22-CV-504
                                                                                                      (MAD/DJS)

**HIKARI SALES U.S.A., INC.,**
        **Defendant.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendant's motion to dismiss (Dkt. No. 15) is **GRANTED** in its entirety for the reasons set forth herein; and the Court further **ORDERS** that Plaintiff's complaint is **DISMISSED**; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in Defendant's favor and close this case, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Mae A. D'Agostino, dated the 18th day of August, 2023.

DATED: August 18, 2023

                                                                      s/Britney Norton
                                                                      Deputy Clerk